**Order filed January 26, 2023**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00921-CR
_____

### JERMIAH ISSAC GLENN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CR-1594**

---

## ORDER

Appellant timely appealed from a judgment of conviction in a criminal case. On January 12, 2023, the trial court clerk filed the clerk's record, which did not contain a certification of appellant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2), 34.5(a)(12); *see also Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. Tex. R. App. P. 25.2(d); *Dears*, 154 S.W.3d at 613.

We order the trial court to execute a certification of appellant's right to appeal and direct the trial court clerk to prepare and file a supplemental clerk's

record containing the certification with this court within 30 days of the date of this order. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4; *Cortez v. State*, 420 S.W.3d 803, 806–07 (Tex. Crim. App. 2013).


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.